# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR11-0210-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ANTHONY GEORGE, ) | |
| Also known as Sonny Fisher, ) | |
| ) | |
| Defendant. ) | |

Offense charged: Theft of Government Funds; Social Security Fraud: Concealment of Events; Social Security Number Misuse; Social Security Fraud: False Statement for Use in Securing Benefits; Unlawful Production of Identification Document

Date of Detention Hearing: June 28, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant and his common law wife are charged with fraudulently obtaining Supplemental Security Income benefits in the name of Sonny Fisher by feigning disability and inability to work.

2. The AUSA proffers evidence that defendant has traveled extensively around the country and has made significant deposits of funds in banks in locations such as North Carolina, Georgia, Puyallup, Everett, and Mill Creek. The AUSA proffers that defendant was not candid with Pretrial Services about his assets or income sources. Both defendant and his common law wife have drivers' licenses in Oregon and in Washington with different local addresses. Defendant is charged with possessing a Washington State driver's license in the name of Sonny Fisher.

3. Defendant poses a risk of economic danger due to the nature of the offense. He poses a risk of nonappearance based on association with multiple personal identifiers, some contradictory background information, an absence of approximately six months from the state of Washington in late 2010/early 2011, and multiple financial transactions in various states.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 28th day of June, 2011.

Mary Alice Theiler
United States Magistrate Judge